UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160(35) (NEB/JFD)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARRON DAVIS,
a.k.a. A-Boogie

    Defendant.

**WAIVER OF INTERSTATE AGREEMENT ON DETAINERS**

A prisoner serving a sentence of imprisonment in a state correctional institution, who is brought into court to face a federal criminal charge, may not be returned to the state institution until he has had his trial (or has pled guilty) upon the federal charge.[1] This is the trial - (or plea) - before-return rule. Its purpose is to encourage speedy trials. It is also designed to prevent repeated interruptions of a prisoner's stay in a state institution. If the federal government returns a prisoner to the state institution before his or her trial (or plea of guilty), that person has a right to request that the federal indictment be dismissed. Thus, unless a waiver of the interstate agreement on detainers is taken, the United States Marshals will keep you in federal custody.

However, a prisoner may request to be returned to the state institution and then brought back to federal court from time to time until the completion of his or her federal

---

[1] This form addresses 18 U.S. C. § App. III § 2, Article IV(e). The rule stated does not apply to a state prisoner held by a state while awaiting a state trial, nor where there is no federal "detainer" (e.g., where only a writ is used to obtain temporary federal custody). It is best to obtain the waiver as these underlying factors may be unclear.

court matter. Many prisoners desire to be returned because they have made living arrangements in the state institution which they prefer to the federal jail or holding area. As indicated below, the defendant, Arron Davis, wishes to return to the state institution from which he was brought into federal court in the above-captioned matter *(i.e., Minnesota State Correctional Facility – Moose Lake)*, in order to participate in available programming while he continues to serve out his current Minnesota state sentence.

I have read and understand the statement on pages one and two. I wish to be returned to and remain in the state institution at MCF- Moose Lake, and to be brought back into federal court from time to time as needed until the completion of the federal case pending against me. I waive my right to be kept in federal custody during the time of my federal case. I prefer to go back to the state institution.

Dated: 11·28·23

Arron Davis, Defendant

Dated: 11/28/23

Tom Shiah, Attorney for Defendant